Sharon Maynard, OSB # 92584
SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: smaynard@stc-law.com
        Of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**MAGGIE E. KITT,**                                    Civil No. 03-1676 TC

      Plaintiff                                    **ORDER**

      v.

**JO ANNE B. BARNHART**,
Commissioner, Social Security
Administration,

      Defendant

      Based upon the stipulation of the parties, it is hereby ORDERED that attorney

fees in the amount of $ 5,928.75, costs in the amount of $ 177.09, and expenses in the

amount of $ 68.50, for a total of $ 6,174.34 are awarded to Plaintiff pursuant to the

Equal Access to Justice Act,  28 U.S.C. §2412.


DATED this ____*16*____ day of ___*JUNE*___, 2005.

                        _____
                        UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHARON MAYNARD
Attorney for Plaintiff


ORDER